17

GSV

FILED IN OPEN COURT

MAY 30 2012

CHARLES R. DIARD, JR.
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 12-CR- 00119-KD |
| | * | |
| v. | * | USAO NO. 12R00241 |
| | * | |
| JAMES VERNON COOK | * | Violations: |
| | * | 18 USC § 922(j) |
| | * | 18 USC § 922(g)(1) |
| | * | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about February 14, 2012, in the Southern District of Alabama, Southern Division, the defendant,

**JAMES VERNON COOK**

knowingly possessed, received, concealed, stored, bartered, sold, and disposed of a stolen firearm, namely, an Ithaca 37 Featherlight, 12 gauge pump shotgun, serial number 371504298 which had been shipped and transported in interstate or foreign commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j) and 2.

### COUNT TWO

On or about February 14, 2012, in the Southern District of Alabama, Southern Division, the defendant,

**JAMES VERNON COOK**

### JAMES VERNON COOK

having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, to-wit: Possession of Forged Instrument Second on February 25, 2003, in the Circuit Court of Mobile County, Alabama, Court No. CC 2002-3702, did knowingly possess, in and affecting commerce, a firearm, namely an Ithaca 37 Featherlight, 12 gauge pump shotgun, serial number 371504298.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

███████████████

FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

KENYEN R. BROWN
UNITED STATES ATTORNEY
by:

_____
Gina S. Vann
Assistant United States Attorney

_____
John Cherry
Assistant United States Attorney
Chief, Criminal Division

MAY 2012